# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FOUNTAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY and THIS IS L. INC.,<br><br>Defendants. | Case No. 2:22-CV-01549-TLN-AC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Before the Court is the Parties' Joint Motion to Extend Time to Respond to Complaint (the "Joint Motion"). Having reviewed and considered the Joint Motion and all other matters presented to the Court, and good cause appearing,

**IT IS ORDERED** that Defendants shall have to and including January 31, 2023 to respond to Plaintiff's Complaint.

DATED: December 5, 2022

_____
Troy L. Nunley
United States District Judge