**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          ehorne@bursor.com
          jgavenman@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FOUNTAIN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>     v.<br><br>THE PROCTER & GAMBLE COMPANY and THIS IS L. INC.,<br><br>           Defendants. | Case No. 2:22-cv-01549-TLN-AC<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Troy L. Nunley |

Plaintiff Ashley Fountain ("Plaintiff") and Defendants The Procter & Gamble Company and This is L. Inc. ("Defendants") (collectively the "Parties") respectfully submit this Stipulation and [Proposed] Order Regarding the Briefing Schedule on Defendants' Motion to Dismiss.

WHEREAS, Plaintiff filed this action on September 2, 2022. (ECF No. 1.)

WHEREAS, Defendants filed a Motion to Dismiss on January 31, 2023. (ECF No. 9.)

WHEREAS, Plaintiff filed a First Amended Complaint on February 21, 2023. (ECF No. 14.)

WHEREAS, Defendants' Motion to Dismiss is currently due on March 21, 2023, and Plaintiff's Opposition to Defendants' Motion to Dismiss is currently due on April 4, 2023.

WHEREAS, the Parties met and conferred on March 13, 2023 and have agreed to a briefing schedule for Defendants' motion to dismiss.

WHEREAS, the Parties made progress toward narrowing the issues in dispute, and have agreed to an additional 30 days for Defendants to file their motion to dismiss.

WHEREAS, Defendants have obtained one prior extension of their deadline to respond to Plaintiff's First Amended Complaint. (ECF No. 17.)

NOW, THEREFORE, the Parties have agreed, subject to the Court's approval, that Defendants' motion to dismiss will be due on or before April 20, 2023, Plaintiff's opposition will be due on or before May 25, 2023, and Defendants' reply will be due on or before June 22, 2023.

Dated:  March 15, 2023                    **BURSOR & FISHER, P.A.**

By:_____/s/ L. Timothy Fisher_____

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           ehorne@bursor.com
           jgavenman@bursor.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: March 15, 2023 | **SQUIRE PATTON BOGGS (US) LLP** |
| | By: */s/ Adam R. Fox* |
| | Adam R. Fox (SBN 220584)<br>Adam.fox@squirepb.com<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>Facsimile: (213) 623-4581 |
| | *Attorney for Defendants The Procter & Gamble Company and This is L. Inc.* |

### ATTESTATION OF E-FILED SIGNATURE

I, L. Timothy Fisher, attest that concurrence in the filing of the document has been obtained from Defendants' counsel, and that Defendants' counsel agreed to this stipulated extension.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

**ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

1. Defendants' motion to dismiss will be due on or before April 20, 2023.
2. Plaintiff's opposition will be due on or before May 25, 2023.
3. Defendants' reply will be due on or before June 22, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 16, 2023

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                 3
CASE NO. 2:22-CV-01549-TLN-AC