**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY FOUNTAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY and THIS IS L. INC.,<br><br>Defendants. | Case No. 2:22-cv-01549-DJC-AC<br><br>**ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Before the Court is the Parties' Stipulation Extending the Briefing Schedule for Defendants' Motion to Dismiss (the "Stipulation"). Having reviewed and considered the Stipulation and all other matters presented to the Court, and good cause appearing, **IT IS SO ORDERED** that:

1. Defendants' Motion to Dismiss is due on or before May 11, 2023.
2. Plaintiffs' Opposition is due on or before June 29, 2023.
3. Defendants' Reply is due on or before July 27, 2023.

Dated:  April 17, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE