**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY FOUNTAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY and THIS IS L. INC.,<br><br>Defendants. | Case No. 2:22-cv-01549-DJC-AC<br><br>**ORDER ON STIPULATION EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Before the Court is the Parties' Stipulation Extending the Deadline for Defendant to File its Reply in Support of its Motion to Dismiss (the "Stipulation"). Having reviewed and considered the Stipulation and all other matters presented to the Court, and good cause appearing, **IT IS SO ORDERED** that:

1. Defendants' Reply in Support of its Motion to Dismiss shall be filed on or before August 10, 2023.

Dated:  July 25, 2023                     /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE