**SQUIRE PATTON BOGGS (US) LLP**
Adam R. Fox (State Bar # 220584)
adam.fox@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorney for Defendants
The Procter & Gamble Company and This is L. Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ASHLEY FOUNTAIN, individually, and on behalf of all others similarly situated, | Case No. 2:22-cv-01549-DJC-AC |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION EXTENDING REPLY DEADLINE** |
| v. | Hon. Daniel J. Calabretta |
| THE PROCTER & GAMBLE COMPANY and THIS IS L. INC., | |
| Defendants. | |

Before the Court is the Parties' Stipulation Extending the Reply Deadline (the "Stipulation"). Having reviewed and considered the Stipulation and all other matters presented to the Court, and good cause appearing, **IT IS SO ORDERED** that:

1. Defendants' Reply Deadline is extended to and including September 25, 2023.
2. The hearing on Defendants' Motion to Dismiss, ECF No. 26, is vacated and reset for 10/12/2023 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta.

///
///
///

3. The Parties shall advise the Court by August 31, 2023, whether a new Hearing date is required or whether the Parties have resolved the issues in the pending Motion to Dismiss.

Dated: August 9, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE