**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            ehorne@bursor.com
            jgavenman@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FOUNTAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY and THIS IS L. INC.,<br><br>Defendants. | Case No.: 2:22-cv-01549-DJC-AC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Daniel J. Calabretta |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ashley Fountain dismisses all claims that Plaintiff raised or could have raised in this action with prejudice.

Dated: October 6, 2023              **BURSOR & FISHER, P.A.**

By:   /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          ehorne@bursor.com
          jgavenman@bursor.com

*Attorneys for Plaintiffs*